IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-00074- RJC-DSC

| | | |
|---|---|---|
| BARRY HARDIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| NANCY A. BERRYHILL,<br>**Acting Commissioner of**<br>**Social Security,** | ) ) ) ) ) | |
| Defendant. | ) ) | |

UPON CONSIDERATION of the Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), Plaintiff's consent to that motion, and the entire record in this case, **it is ORDERED** that the final decision of the Commissioner is **REVERSED** and that this matter is hereby **REMANDED** to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: February 21, 2018

_____
Robert J. Conrad, Jr.
United States District Judge