# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## No. 1:17-cv-74-RJC-DSC

| | |
|---|---|
| **BARRY HARDIN,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) **ORDER** |
| **NANCY BERRYHILL,** Acting Commissioner of Social Security, | ) |
| **Defendant.** | ) |

**THIS ACTION** being submitted to the Court for an order upon Plaintiff's showing that the Commissioner of Social Security should pay to Plaintiff's counsel the sum of $13,609.25 in attorney fees, representing less than twenty-five per cent of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff's counsel is ordered to reimburse the $3,950.00 EAJA fee to Plaintiff.

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $13,609.25 from Plaintiff's back benefits and that Plaintiff's counsel pay to Plaintiff $3,950.00, and upon the payment of such sums this case is dismissed with prejudice.

**SO ORDERED**.

Signed: April 8, 2019

_____
David S. Cayer
United States Magistrate Judge